USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ABDULAI FOFANAH,

                       Defendant.

24 Cr. 85-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change-of-plea hearing in this matter on **May 27, 2025**, at **10:00 a.m.**, in Courtroom 15D of the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                      ANALISA TORRES
                                United States District Judge