UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ABDULAI FOFANAH,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/4/2025__
```

24 Cr. 85-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court shall hold a substitution-of-counsel hearing in this matter on **June 16, 2025**, at **11:00 a.m.**, in Courtroom 15D of the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.  Both Mr. Quigley and Mr. Rabah are directed to attend.  The Government need not attend.

        SO ORDERED.

Dated: June 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge