USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MAMADOU HAIDARA and ABDULAI FOFANAH,

Defendants.

24 Cr. 85 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Fofanah's motion to delay his surrender date. *See* ECF No. 97. The Court DENIES the motion. By **September 8, 2026, before 2:00 p.m**., Fofanah shall surrender for service of his sentence at the institution designated by the Bureau of Prisons.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 97.

SO ORDERED.

Dated: September 8, 2026
New York, New York

ANALISA TORRES
United States District Judge